UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES RIVER INSURANCE COMPANY,

    Plaintiff,

vs.                                        CASE NO. 8:06-CIV-1690-T-17-MAP

GROUND DOWN ENGINEERING,
INC., etc., et al.,

    Defendants.
_____/

**ORDER GRANTING SUMMARY JUDGMENT**

This cause is before the Court on the mandate of the Eleventh Circuit Court of Appeals (Docket No. 42), wherein the appellate court remands and directs the Court to enter an order granting summary judgment to the plaintiff, James River Insurance Company. Accordingly, it is

**ORDERED** that the plaintiff's previously filed motion for summary judgment (Docket No. 18) be **granted** and summary judgment be entered for the plaintiff, James River Insurance Company, finding that the "pollution exclusion" in the relevant insurance policy excuses the plaintiff from any obligation to defend the insured in the suit which is the subject

of the cause of action. Based on the entry of this judgment, the defendants' motion for fees

and costs (Docket No. 32) is **denied**. The Clerk of Court shall enter the judgment, close this case and terminate any other pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 16th day of April, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record